## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

Seth Miller,

       Plaintiff,

v.

Weltman, Weinberg & Reis Co, L.P.A.

       Defendant.

Case No.:  14-cv-00583
Hon. Judge Paul L. Maloney

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation filed by the parties (Docket # 15), this matter is hereby

DISMISSED with prejudice and with no award of costs or attorney fees to any party.


Dated: September 3, 2014

/s/ Paul L. Maloney
Hon. Judge Paul L. Maloney